IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson Jr, Ronald E

Printed: 9/3/08

Case Number: 05 B 32416
Judge: Wedoff, Eugene R
Filed: 8/17/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 27, 2007
Confirmed: September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,200.00 |  |
| Secured: |  | 104.01 |
| Unsecured: |  | 3,459.30 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 319.80 |
| Other Funds: |  | 16.89 |
| Totals: | 6,200.00 | 6,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,300.00 | 2,300.00 |
| 2. | Armco | Secured | 104.01 | 104.01 |
| 3. | Portfolio Recovery Associates | Unsecured | 972.68 | 2,552.76 |
| 4. | CB USA | Unsecured | 8.10 | 16.04 |
| 5. | World Financial Network Nat'l | Unsecured | 60.71 | 159.32 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 177.60 | 466.12 |
| 7. | Capital One | Unsecured | 238.79 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 26.77 | 59.52 |
| 9. | ECast Settlement Corp | Unsecured | 78.32 | 205.54 |
| 10. | Asset Acceptance | Unsecured | 56.60 | 0.00 |
| 11. | Allstate | Unsecured |  | No Claim Filed |
| 12. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 13. | Blockbuster Video | Unsecured |  | No Claim Filed |
| 14. | Citicorp | Unsecured |  | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 16. | Citibank | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 18. | Harris & Harris | Unsecured |  | No Claim Filed |
| 19. | H & F Law | Unsecured |  | No Claim Filed |
| 20. | Fstr Rms Ret | Unsecured |  | No Claim Filed |
| 21. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 22. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 24. | Founders Bank | Unsecured |  | No Claim Filed |
| 25. | LaGrange Memorial Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Robinson Jr, Ronald E | | Case Number: 05 B 32416 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | | Filed: 8/17/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Kim & Calvert MD SC | Unsecured | | No Claim Filed |
| 27. | LaGrange Memorial Hospital | Unsecured | | No Claim Filed |
| 28. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 29. | Medical Collections | Unsecured | | No Claim Filed |
| 30. | MCI | Unsecured | | No Claim Filed |
| 31. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | Roseland Community Hospital | Unsecured | | No Claim Filed |
| 34. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 35. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 36. | Suburban Radiologist | Unsecured | | No Claim Filed |
| 37. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 38. | State Farm Bank | Unsecured | | No Claim Filed |

$ 4,023.58     $ 5,863.31

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 93.35 |
| 5% | 23.69 |
| 4.8% | 110.80 |
| 5.4% | 91.96 |

$ 319.80

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

